**Dismissed; Opinion Filed July 11, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01369-CV

### IN THE INTEREST OF M.K.M., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-12692**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Appellant has not filed his brief despite being cautioned that failure to file the brief by June 21, 2019 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

181369F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF M.K.M., A
CHILD

No. 05-18-01369-CV

On Appeal from the 302nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-17-12692.
Opinion delivered by Justice Partida-
Kipness, Justices Whitehill and Pedersen,
III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 11th day of July, 2019.